UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IMRAN ALI HAIDARI,

Petitioner,

v.

PAM BONDI et al.,

Respondents.

CASE NO. 2:26-cv-00237-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  Petitioner's application to proceed in forma pauperis, Dkt. # 1, is GRANTED.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 23rd day of January 2026.

Joshua C. Lewis
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1