UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IMRAN ALI HAIDARI,<br><br>                 Petitioner,<br><br>        v.<br><br>PAM BONDI et al.,<br><br>                 Respondents. | CASE NO. 2:26-cv-00237-JHC<br><br>ORDER FOR APPOINTMENT<br>OF COUNSEL |

THE COURT has considered Petitioner Imran Haidari's motion for appointment of counsel. Dkt. # 2.

IT IS ORDERED that Adriane Manigo is appointed to represent Petitioner.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 23rd day of January, 2026.

John H. Chun
United States District Judge

ORDER FOR APPOINTMENT - 1